# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BISHOP DISPLAY TECH LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-00084-JRG |
| LG ELECTRONICS INC., *et al.*, | § | (LEAD CASE) |
| *Defendants*. | § | |
| | | |
| BISHOP DISPLAY TECH LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-00085-JRG |
| LG ELECTRONICS INC., *et al.*, | § | (MEMBER CASE) |
| *Defendants*. | § | |

## **ORDER**

Before the Court is the Joint Motion to Extend Stay (the "Motion") filed by Plaintiff Bishop Display Tech LLC and Defendants LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Display Co., Ltd. (the "Parties") (Dkt. No. 70). In the Motion, the parties request additional time to finalize the settlement agreement and corresponding settlement documents. (*Id*. at 1.) The parties request an extension of the stay by thirty 30) days, up to and including December 27, 2024. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** up to and including December 27, 2024, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 2nd day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE