**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**(MARSHALL DIVISION)**

| | | |
|---|---|---|
| BISHOP DISPLAY TECH LLC | § § | |
| v. | § § | CASE NO. 2:24-cv-00084-JRG (Lead Case) |
| LG ELECTRONICS INC., *et al* | § § | |

| | | |
|---|---|---|
| BISHOP DISPLAY TECH LLC | § § | |
| v. | § § | CASE NO. 2:24-cv-00085-JRG (Member Case) |
| LG ELECTRONICS INC., *et al* | § § | |

**STIPULATION Of DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bishop Display Tech LLC and Defendants LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Display Co., Ltd. (collectively, "Parties") hereby stipulate and respectfully request that the Court dismiss WITH PREUDICE all claims that Parties raised or could have raised in this action, and order that all attorneys' fees, costs, and expenses be borne by each Party incurring the same.

Dated: March 6, 2025                                  Respectfully submitted,

*/s/ Patrick J. Conroy*                               */s/ Melissa R. Smith*
Patrick J. Conroy                                     Melissa R. Smith
Texas Bar No. 24012448                                Texas State Bar No. 24001351
Justin Kimble                                         melissa@gillamsmithlaw.com
Texas Bar No. 24036909                                GILLAM & SMITH, LLP
T. William Kennedy Jr.                                303 South Washington Avenue
Texas Bar No. 24055771                                Marshall, Texas 75670
Jon Rastegar                                          Phone: (903) 934-8450
Texas Bar No. 24064043                                Fax: (903) 934-9257
**NELSON BUMGARDNER CONROY PC**                      **Counsel for Defendants**
2727 N. Harwood St.                                   **LG Electronics Inc.,**

150971506_1

<div style="columns:2">

Suite 250
Dallas, TX 75201
Tel: (817) 377-9111
pat@nelbum.com
justin@nelbum.com
bill@nelbum.com
jon@nelbum.com

John P. Murphy
Texas Bar No. 24056024
**NELSON BUMGARDNER CONROY PC**
3131 West 7th Street
Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111
murhpy@nelbum.com

**ATTORNEYS FOR
BISHOP DISPLAY TECH LLC**

LG Electronics U.S.A., Inc., and
LG Display Co., Ltd.

Steven Pepe
(NY Bar No. 2810430)
Lance Shapiro
(NY Bar No. 5397955)
Brian Lebow
(NY Bar No. 5992573)
Meredith Foor
(NY Bar No. 5955174)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: 212.596.9000
Fax: 212.596.9090
Steven.Pepe@ropesgray.com
Lance.Shapiro@ropesgray.com
Brian.Lebow@ropesgray.com
Meredith.Foor@ropesgray.com

David S. Chun
(CA Bar No. 315958)
James L. Davis, Jr.
(CA Bar No. 304830)
ROPES & GRAY LLP
1900 University Ave., 6th Floor
East Palo Alto, CA 94303-2284
Tel: 650.617.4000
Fax: 650.617.4090
David.Chun@ropesgray.com
James.L.Davis@ropesgray.com

Fan (Frances) Zhang
(DC Bar No. 1721165)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: 202.508.4600
Fax: 202.508.4650
Frances.Zhang@ropesgray.com

**Counsel for Defendant LG Display Co., Ltd.**

Matthew J. Rizzolo

</div>

(NY Bar No. 4661344)
Ryan C. Brunner
(DC Bar No. 241467)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC, 20006-6807
Tel: 202.508.4600
Fax: 202.508.4650
Matthew.Rizzolo@ropesgray.com
Ryan.Brunner@ropesgray.com

Hyun-Joong (Daniel) Kim
(NY Bar No. 5304761)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: 212.596.9000
Fax: 212.596.9090
Daniel.Kim@ropesgray.com

and

Kurt M. Pankratz
Texas Bar No. 24013291
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Tel: 214.953.6584
Fax: 214.661.4584
kurt.pankratz@bakerbotts.com

Lisa M. Kattan
DC Bar No. 483982
Christopher Hong
DC Bar No. 1657537
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, DC 20001-5693
Tel: 202.639.7700
Fax: 202.639.7890
lisa.kattan@bakerbotts.com
chris.hong@bakerbotts.com

**Counsel for Defendants**
**LG Electronics Inc. and**
**LG Electronics U.S.A., Inc.**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel listed above and counsel who are deemed to have consented to electronic service on March 6, 2025.

<div style="text-align: right;">

*/s/ Melissa R. Smith*
*Melissa R. Smith*

</div>