# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BISHOP DISPLAY TECH LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-00084-JRG |
| | § | (LEAD CASE) |
| LG ELECTRONICS INC., *et al.*, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| BISHOP DISPLAY TECH LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-00085-JRG |
| | § | (MEMBER CASE) |
| LG ELECTRONICS INC., *et al.*, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Bishop Display Tech LLC ("Plaintiff") and Defendants LG Electronics Inc., *et al.* ("Defendants") (collectively, the "Parties"). (Dkt. No. 76.) In the Stipulation, the Parties stipulate to dismissal of "all claims that the Parties raised or could have raised in this action" with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACKNOWLEDGES AND ACCEPTS** that all claims by and between the Parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. The Parties are to bear their own costs and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case.

## So Ordered this

**Mar 10, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE